**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:                                                                                                       CASE NO:   09-50377
DANNY L CROUSE

SSN# :   XXX-XX-0601

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 11 | 10 | ECAST SETTLEMENT CORPORATION | 2319 | $6,925.36 | $6,925.36 | U-Unsecured |

Upon information and belief, the debtor(s) has no interest in the property alleged to secure the claim. The claim should be treated as a general unsecured claim.

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

DATED:   8/21/2009                                                                                               Steven G. Tate
Standing Chapter 13 Trustee
PO Box 1778
Statesville, NC  28687-1778

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:
DANNY L CROUSE                                                                                                    CASE NO:   09-50377

SSN# :    XXX-XX-0601

**NOTICE OF OBJECTION TO CLAIM**

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing within twenty (20) days of the date of the service of this notice, at the following address:

CLERK, U.S. BANKRUPTCY COURT
PO Box 34189
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtor's attorney at the following mailing address:

GREGORY LUCK
ATTORNEY AT LAW
101 WEST ST
WILKESBORO, NC  28697

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: October 09, 2009                            Time:  9:30 am

Location:    Johnson J Hayes Federal Building
             Room 201
             207 West Main Street
             Wilkesboro , NC 28697-2465

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated:  8/21/2009                                                                                      Steven G. Tate
                                                                                                       Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**WILKESBORO DIVISION**

IN RE:                                                                                               CASE NO:    09-50377
DANNY L CROUSE

SSN# :    XXX-XX-0601

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 8/21/2009.

                                                                                             K. Stevenson
                                                                                             Office of the Chapter 13 Trustee

DANNY L CROUSE, 309 SOUTH SPRING STREET, JONESVILLE, NC  28642
ECAST SETTLEMENT CORP ASSGE OF, HSBC BANK NEVADA BASS & ASSOCIATES PC, 3936 E FT LOWELL ROAD SUITE 200, TUCSON, AZ  85712
ECAST SETTLEMENT CORPORATION, PO BOX 7247-6971, PHILADELPHIA, PA  19170-6971
Household Bank, Bankruptcy Dept, PO Box 15522, Wilmington, DE  19850-5522